IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SOUTHEASTERN CARPENTERS AND MILLWRIGHTS HEALTH TRUST, SOUTHEASTERN CARPENTERS AND MILLWRIGHTS PENSION FUND, and Larry Phillips and J. Kirk Malone as trustees of those Funds,<br><br>    Plaintiffs,<br><br>v.<br><br>J.J. DAY, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 5:13-CV-25 (MTT) |

## ORDER

Before the Court is the Plaintiffs' Motion for Default Judgment. (Doc. 7). The Plaintiffs seek from the Defendant, among other relief, $8,985.80 in interest on delinquent payments to the health trust and pension fund. However, there is not currently evidence in the record to support this request. Therefore, if they still desire a judgment awarding them interest, the Plaintiffs should file with the Court the relevant portions of the health trust and pension fund documents that provide for the collection and calculation of interest. Additionally, whether relying on these documents or 26 U.S.C. § 6621 and its related authority, the Plaintiffs should file with the Court their interest rate calculations in a manner that sets out how they arrived at the amounts they are requesting.

**SO ORDERED**, this 25th day of March, 2013.

                                                S/ Marc T. Treadwell
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT